UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROGER GENE OTTO,

    Petitioner,

    v.

MAGGIE MILLER-STOUT,

    Respondent.

Case No. C07-5452RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

    The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation (Dkt. 30), and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The petition is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation. This petition is time barred.

(3) Petitioner's Motion for Evidentiary Hearing (Dkt. 31) is **DENIED**.

(4) The clerk is directed to send copies of this Order to Petitioner, counsel for Respondent, and to the Hon. J. Kelley Arnold.

DATED this 18th day of January, 2008.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 1